UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA GLASS

        Plaintiff(s),

v.

JOHN E. POTTER

        Defendant(s).

_____/

No. C 09-01554 PJH

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on August 6, 2009, or file a case management statement in compliance with the Court's order of May 6, 2009,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on **August 20, 2009, at 2:30 p.m.** If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  August 6, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge